UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAULSBURY INDUSTRIES INC | CIVIL ACTION NO. 19-cv-0007 LEAD |
| | 19-cv-00269 MEMBER |
| VERSUS | JUDGE JUNEAU |
| CABOT CORP ET AL | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Cleco's Motion to Dismiss [Rec. Doc. 51] is **GRANTED**, and Saulsbury's claims against Cleco are **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion to Remand and Dissolve Order of Consolidation [Rec. Doc. 59] is **GRANTED** and that the order of consolidation consolidating the claims of Cleco against Saulsbury and set forth in Civil Action No. 19-0269 is **DISSOLVED**, and Civil Action 19-0269 - and all claims contained therein - is **REMANDED** to the 9th Judicial District Court, Parish of Rapides, State of Louisiana.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of July, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE